**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| KALVIN N. HACKNEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-4413 |
| | § | |
| GEORGIA PACIFIC, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On February 6, 2012, the court entered an order requiring the plaintiff to pay the filing fee or move for leave to proceed *in forma pauperis* by February 21, 2012.  Neither step has been taken. This case is dismissed, without prejudice, for want of prosecution and for failure to comply with the court's order.

SIGNED on February 22, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge